OPINION — AG — "* * * AN OPINION ON BUSINESS ESTABLISHMENT ADVERTISING THE SALE OF AUTO TAGS AND CHARGING $1.00 FOR DELIVERY OF THE AUTO TAGS TO THE PURCHASER'S PLACE OF BUSINESS * * * IS THIS LEGAL?", ANSWER: THIS ACTIVITY IS A CLEAR VIOLATION OF THE LAW. CITE: OPINION NO. 64-103 OPINION NO. 64-128, OPINION NO. 65-439, OPINION NO. 66-383, 47 O.S. 1961 22.22 [47-22.22](A), 47 O.S. 1965 Supp., 6-101 [47-6-101], 25 O.S. 1961 16 [25-16] (HUGH COLLUM)